██ In the Matter of KENDRA M. and Another, Children Alleged to be Abused. [607 NYS2d 898] —Order unanimously affirmed without costs for reasons stated in decision at Oneida County Family Court, Flemma, J. (Appeal from Order of Oneida County Family Court, Flemma, J.—Sexual Abuse.) Present—Denman, P. J., Callahan, Pine, Doerr and Boehm, JJ.